March 15, 1948.

No. 292.  Brunson v. North Carolina;
No. 293.  King v. North Carolina;
No. 294.  Jones v. North Carolina;
No. 295.  James et al. v. North Carolina; and
No. 296.  Watkins et al. v. North Carolina. ■

Argued February 3, 1948.  Decided March 15, 1948.  *Per Curiam:* Reversed.  *Strauder* v. *West Virginia,* 100 U. S. 303; *Ex parte Virginia,* 100 U. S. 339; *Neal* v. *Delaware,* 103 U. S. 370; *Carter* v. *Texas,* 177 U. S. 442; *Rogers* v. *Alabama,* 192 U. S. 226; *Norris* v. *Alabama,* 294 U. S. 587; *Hollins* v. *Oklahoma,* 295 U. S. 394; *Hale* v. *Kentucky,* 303 U. S. 613; *Pierre* v. *Louisiana,* 306 U. S. 354; *Smith* v. *Texas,* 311 U. S. 128; *Hill* v. *Texas,* 316 U. S. 400; *Patton* v. *Mississippi,* 332 U. S. 463. *William Reid Dalton* argued the cause for petitioners. With him on the brief was *Nathan Witt.* *Ralph Moody,* Assistant Attorney General of North Carolina, argued the cause for respondent.  With him on the brief were *Harry McMullan,* Attorney General, and *James E. Tucker,* Assistant Attorney General.  Reported below: 227 N. C. 558, 559, 560, 561, 43 S. E. 2d 82, 83.

No. 609.  Full Salvation Union et al. v. Portage Township. ■

■ *Per Curiam:* The appeal is dismissed for want of a substantial federal question.  Mr. Justice Murphy is of the opinion that probable jurisdiction should be noted. Mr. Justice Rutledge is of the opinion that the question of jurisdiction should be postponed to a hearing of the case on the merits.  *Burton Allen Andrews* for appellants.  *Lewis George Meader* and *Harry F. Smith* for appellee. ■